# 726    CASES REPORTED WITH BRIEF SYLLABI.

lant.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

ERDNA HOLDING CORPORATION, Respondent, v. GREEN CIRCLE, INC., J. ROMAINE BROWN COMPANY and DORIS M. SPINNEY, Appellants.— Motion for reargument denied. Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellants to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Rescission action.) — Motion to extend time to perfect appeal granted on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Vendee's lien action.) — Motion to extend time to perfect appeal granted on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Rescission action.) — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

JACOB FELLERMAN, Appellant, v. SAMUEL I. COHEN, Respondent. (Vendee's lien action.) — Motion to dismiss appeal denied on condition that appellant perfect the appeal for the May term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent.— Motion for rehearing of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent.— Motion for rehearing of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

THE FIDELITY AND CASUALTY COMPANY OF NEW YORK, Appellant, v. SEABOARD GARAGE CORPORATION, Respondent.— Motion for rehearing of appeal denied. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

BERTHA FIDELMAN, Respondent, v. NEW YORK RAPID TRANSIT CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.

FLORAL PARK MUTUAL FUEL CO., INC., and JOHN LEWIS CHILDS, INC., Respondents, v. ANNIE E. FISKE, Defendant. GEORGE MAURE and Another, Appellants.— Motion for extension of time denied, no merit having been shown in the application. Present — Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ.